**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00419-REB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     VICTOR PEREZ,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

**Blackburn, J.**

     The matter comes before me on the **United States' Motion for Preliminary Order of Forfeiture** [#25][1] filed April 16, 2014, pursuant to 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds as follows.

     On December 12, 2013, the United States and defendant Victor Perez entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 20).

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

The requisite nexus exists between the violations to which defendant Victor Perez pleaded guilty and any property constituting or derived from any proceeds obtained directly or indirectly from the commission of the offenses alleged in the Indictment.

Prior to the disposition of any assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the **United States' Motion for Preliminary Order of Forfeiture** [#25] filed April 16, 2014, is **GRANTED**;

2. That defendant's interest in the following is forfeited to the United States in accordance with 21 U.S.C. § 853: any and all proceeds the defendant obtained directly or indirectly from the commission of the offenses alleged in the Indictment;

3. That pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

4. That the United States is directed to seize any property subject to forfeiture, and further to make its return as provided by law;

5. That the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days;

6. That on adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

7. That the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(e)(1); and

8. That this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, to include property that is subject to forfeiture under this Order, but which is located and identified after this Order is entered.

Dated April 16, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge